IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MCNEIL,<br><br>　　　　　Defendant. | 4:22-CR-3156<br><br>ORDER |

For the reasons stated in the Federal Public Defender's motion to withdraw (filing 48) and the Probation Office's retroactive sentencing worksheet (filing 49), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

　　　IT IS ORDERED:

1.　The Federal Public Defender's motion to withdraw (filing 48) is granted.

2.　The defendant's *pro se* motion to reduce sentence (filing 46) is denied.

3.　The Clerk of the Court shall provide a copy of this order to the defendant at the defendant's last known address.

Dated this 20th day of June, 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*John M. Gerrard*
　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　Senior United States District Judge